UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DESHONDA R. GOODE,

                      Plaintiff,

  -against-                                  Civil Action
                                                  No. CV-12-3982
MEGAN J. BRENNAN
Postmaster General of the United States        (DeArcy Hall, J.)
Postal Service,[1]                                   (Gold, M.J.)

                      Defendant.
----------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, by and through their respective undersigned counsel, as follows:

      1.      Plaintiff's complaint and all claims therein, including against the above-captioned defendant, shall be and hereby are dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

      2.      Each party hereto agrees that this dismissal is without costs or fees to either party. The parties also agree that no further suit will be instituted by the parties, their agents, successor-in-interest or assigns for the same causes of action which have been asserted herein, for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit or for attorneys' fees.

      3.      The persons signing this Stipulation warrant and represent that they possess full

---

[1] By operation of law, in substitution for the former Postmaster General Patrick R. Donahoe, the current Postmaster General, Megan Brennan, is the sole proper defendant in this action. Fed. R. Civ. P. 25.

authority to bind the parties on whose behalf they are agreeing to the terms of this Stipulation.

4. The Clerk of the Court is directed to enter judgment accordingly.

| | |
|---|---|
| Dated: New York, New York<br>August 14, 2017 | CRAVATH, SWAINE & MOORE LLP<br>*Attorney for Plaintiff*<br>825 Eighth Avenue<br>New York, NY 10019<br><br>By: /s/ Rachel M. Fritzler_____<br>　　RACHEL M. FRITZLER<br>　　(212) 474-1274<br>　　rfritzler@cravath.com |
| Dated: Brooklyn, New York<br>August 14, 2017 | BRIDGET M. ROHDE<br>Acting United States Attorney<br>Eastern District of New York<br>*Attorney for Defendant*<br>271 Cadman Plaza East<br>Brooklyn, New York 11201<br><br>By: /s/ Rachel G. Balaban_____<br>　　RACHEL G. BALABAN<br>　　JAMES R. CHO<br>　　Assistant U.S. Attorney<br>　　(718) 254-6028/6519<br>　　rachel.balaban@usdoj.gov<br>　　james.cho@usdoj.gov |

SO ORDERED this
_____ day of August, 2017

_____
HONORABLE LASHANN DEARCY HALL
United States District Judge